IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR55 |
| vs. | ORDER |
| DEMITRIUS E. ALSTON, | |
| Defendant. | |

This matter is before the Court on the defendant's Motion to Review Detention and Request for Hearing (Filing No. 21). Upon review of the defendant's file, including the Pretrial Services Report (Filing No. 8), and Detention Order (Filing No. 12), the Court notes the defendant's significant prior criminal record including felony robbery convictions in 2006 and 2010. Additionally, the instant offense in this case charges the defendant with one count of Bank Robbery, and one count of Brandishing a Firearm. Therefore, pursuant to the information set out in the Pretrial Services Report and Order of Detention, the defendant's Motion to Review Detention and Request for Hearing (Filing No. 21) is denied without hearing.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge